# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

United States of America )
v. )
Tyren L. Cervenak )
)
Case No: 1:22CR204
)
USM No: 95829-509

Date of Original Judgment: 05/17/2023 )
Date of Previous Amended Judgment: )
*(Use Date of Last Amended Judgment if Any)*   Catherine Shusky
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for relief.

Except as otherwise provided, all provisions of the judgment dated   05/17/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/28/2024        s/John R. Adams
                                                        *Judge's signature*

Effective Date: _____        John R. Adams, U.S. District Judge
*(if different from order date)*                *Printed name and title*